IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:20-CR-00024 (WLS-TQL) |
| : | |
| LEONARD B. CATER, JR., : | |
| : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is a "Request for Leave of Absence" filed by AUSA Katelyn Semales, counsel for the Government, stating that she will be on medical leave for the dates of September 30, 2021 through February 17, 2022, that Attorney Michael Solis has already entered an appearance for the Government, and that Attorney Solis will remain as counsel of record until Attorney Semales returns from leave. (Doc. 36).

For the reasons stated therein, the request (Doc. 36) is **GRANTED.**

**SO ORDERED**, this 6th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1